MORTIMER L. JACKSON v. FULTON BINDERY, INC.— Motion denied, with ten

dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.